# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| LISA RANIERI ET AL | § § § | |
| v. | § § | CASE NO. 3:17-CV-00691-S |
| ADVOCARE INTERNATIONAL LP | § § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Hon. W. Royal Furgeson, Jr. (Ret.)
3441 Westminster Avenue
Dallas, Texas 75205
(214) 934-7647
royal@furgesonlaw.com

Mediation shall be in person and completed by **December 12, 2019**.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED November 8, 2018.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**